IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SADAKA DAVIS,                  )
                               )
    Plaintiff,                 )
                               )      CIVIL ACTION NO.
    v.                         )        2:15cv665-MHT
                               )             (WO)
KATRINA CAVER,                 )
                               )
    Defendant.                 )
```

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit asserting that the defendant, a municipal court clerk, violated his rights by signing documents as a magistrate. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. Plaintiff has filed objections to the recommendation. After an independent and de novo review of the record, the court concludes that the objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 6th day of October, 2015.

                                  /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**